**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRIC OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| HOOTAN VAZHBAKHT, *et al.*,<br>*Plaintiffs,*<br>v.<br>MARCO RUBIO, *et al.*,<br>*Defendants.* | Civil Action No.: 1:25-cv-01185-LMB-WEF<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, through counsel, hereby dismiss without prejudice all claims made in their complaint against Defendants.

Dated: December 29, 2025

Respectfully submitted,

*s/ Matthew T. Galati*
Matthew T. Galati (VA Bar No. 80377)
**THE GALATI LAW FIRM, LLC**
8080 Old York Road, Suite 204
Elkins Park, PA 19027
Phone: (215)309-1728
Email: matt@galati.law

*s/ Curtis Lee Morrison*
Curtis Lee Morrison (DC Bar 1631896)*
**RED EAGLE LAW, L.C.**
5256 S. Mission Rd., Ste. 135
Bonsall, CA 92003
Phone: (714) 661-3446
Email: curtis@redeaglelaw.com

**Pro Hac Vice Attorney*

*Attorneys for Plaintiffs*

So Ordered

/s/ LMB
Leonie M. Brinkema
United States District Judge
12/29/25

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, service of the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been made on counsel of record through the Court's ECF system.

*s/ Matthew T. Galati*